E-FILED
Thursday, 10 June, 2021  02:17:00 PM
Clerk, U.S. District Court, ILCD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**PONTIAC CORRECTIONAL** Center

**Offender Information:**

Kuperschmidt _____ Richard _____ ID#: M25345
Last Name                      First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-18-20 14? | MD note | p. 1- Tramadol 5 mg |
| WT-282 T-96.8 P-84 R-11 B/p-135/86 | J- HRU return MHC Audiology ear canals & drum are normal O. Left ear — normal hearing (R) ear moderate hearing loss A. 1 Mod. hearing loss (R) ear | po BID x ___ m. [illegible] 2. Hearing aid Fa (R) ear 3. Headphones to be issued [signature] 2-18-20 14?? |
| 2/21/20 2:05pm | Urgent Care pt rescheduled d/t time constraints | Reschedule Dr Botanec, cm |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL     Center

Offender Information:

Kupferschmidt     Richard          ID#: M25542
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/25/2020 0900 | SICK CALL | |
| | S/O. Pt c̄ left calf injury, partial meniscus tear requesting Rx change. Discussed c̄ Dr Tilden. Pt going to UIC ortho soon for MRI. | 1. ↑ Ultram 100mg BID x 3mo |
| | A. ① leg injury | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

**ILLINOIS DEPARTMENT OF OFFENDER**
**Offender Health Status Transfer Summary**

**Transferring Facility:** Pontiac Center

**Offender Information:**
Last Name: Kupferschmidt  First Name: Richard  MI: ___  ID#: M25549

**Date:** 2, 7, 2020  **Time:** 1:40  ☐ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): | ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|---|

**Allergies:** No allergies

**Current / Acute Conditions / Problems:** ___  **Food Handler Approved:** Yes

**Chronic Conditions / Problems:** Bipolar, Schizophrenia, antisocial PD

**Current Medications (name, dosage, frequency, and duration):**
Acute Short-term: Motrin 600mg BID, Tums ii BID, Oxy Het, Eucerin cream
Chronic Long-term: ___
Chronic Psychotropic: Rozerem 75mg QHS

**Current Treatments:** ___

**Therapeutic Diets:** Regular

**Follow-Up Care:** Routine

**Chronic Clinics:** ___

**Specialty Referrals:** UIC ortho

**Significant Medical History:** GSW 2003, Hernia repair 2003, surgical repair (L), ACL injury 2013

**Physical Disabilities / Limitations:** ___

**Assistive Devices / Prosthetics:** Cat ullery permit   ☐ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: / /  ☒ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☐ Alcohol ☐ Drugs

| R & C Use Only: | ☐ LAB | ☐ EKG | ☐ CXR | ☐ Dental | ☒ MEDS | ☐ MH | ☐ Other: | ☐ Packet Complete |
|---|---|---|---|---|---|---|---|---|

T. Janamann RN  — Print Name and Title   Janamann — Signature   2, 7, 202  Date

**Reception Screening (completed by receiving facility health care staff):**

**Facility:** Pontiac C.C.  **Date:** 2, 18, 20  **Time:** 14:00  ☐ a.m. ☒ p.m.

**Subjective:**
Current Complaint: R/leg pain   **Assessment:** fw leg pain
Current Medications/Treatment: ∅ No med adm

**Objective:**
Physical Appearance/Behavior: Cooperative A'VD

Deformities: Acute/Chronic: ∅

T: 96.8  P: 84  R: 16  B/P: 135/86

**Plan: Disposition:**
☐ Health Information Given  ☐ Emergency Referral: ___
☐ Sick Cell: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
☐ Infirmary Placement: ___
☐ Other (specify): ___

R. Buys  — Printed Name and Title   — Signature   2, 18, 20  Date

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

___ Offenders Signature   ___ Date   ___ Time   ☐ a.m. ☐ p.m.

DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>PONTIAC CORRECTIONAL</u>      Center

Offender Information:

Kupferschmidt          Richard          ID#: M25549
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | COLLEGIAL REVIEW<br>Date  3/26/2020<br>Approved ☐  By  Denied ☐<br>Clinical Issue _____ (R) _____ hern and<br>Approved | |
| 3-14-20<br>1245 | RN Note<br>Pt seen at NSC for recent<br>change to meds via crush<br>order. Acording to pt - "UIC<br>Dr. ordered to stop crush" last<br>visit — per inmate. Referred<br>to provider for f/u. — | P) Refer to provider for<br>crush order issue |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Kupferschmidt Richard ID#: M25549
Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/17/20 | **SICK CALL** | |
| 1242 | np note | Φ: cont c̄ current |
| | S/O- pt wondering | Rx |
| | about crush order on | |
| | Ultram. S/R crush | |
| | gives him a headache. | |
| | Ø crush order visualized | |
| | on script. | Kwilliams, Rn |
| | | 3·17·20  715p |
| 3·27·2020 | θᴬ RN note - NSC | P: Refer to MDSC for c/o |
| | S/O: IM not seen d/t c̄ WORK | "nerve pain" |
| | However, request has c/o | |
| | "nerve" pain. Will refer. | |
| | A: NSC | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

# PON-EP-02-07-U1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Outpatient Progress Notes**
**Pontiac Correctional Center**

| Offender Information: | |
|---|---|
| Name **KUPFERSCHMIDT, RICHARD** | ID# **M25549** |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Date: 4-22-20 | **S: Annual TB Screen: In high risk patient (HIV, Elderly, Immune Suppressed, Chronic Steroids)** | **P:** ✓ To read PPD Skin test in 48 – 72 hours |
| Time: 20 10AM | **O:** ✓ PPD Skin Test Given* ____ Candida Control Given | WEIGHT 270 |
| | Tubersol 0.1 CC 1D <left forearm given/Candida antigen 0.1 cc 1D<right forearm | ✓ Patient education signs/symptoms of active TB disease |
| | Manufacture Sanofi Pasteur Expiration date: 4/8/22  Lot # C5U57AA | ____ Medical History DOC 0092 noted as appropriate |
| | _____ Previously positive skin test result | ____ Database reviewed/revised/updated, as appropriate |
| | **A: Annual TB Screen** | Signature: RBurrant |
| Date: 4/24/20 Time: 1PM | **O:** ✓ **PPD skin test results/** ✓ Candida control result  Ø mm ____ Immune response present | **P:** ✓ Database reviewed/revised/updated, as appropriate  ____ No further follow up needed |
| | **A: Annual TB Screen** | Signature: BMYttn |
| | * Any inmate refusing TB skin testing after counseling is to be referred to the Medical Director. | |
| | ** Any inmate having a new positive PPD skin test result shall be treated in accordance with AD 04.03.105 Chronic Illnesses | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL        Center

Offender Information:

Kupferschmidt        Richard        ___   ID#: M25849
Last Name               First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/31/2020 | **SICK CALL** | |
| 1247 | np note | 1. Baclofen 10mg po |
| 16,82 | S. Pt seen c̄ c/o | BID x 1mo |
| 124/74 | cont nerve pain. | 2. Robaxin 750mg po |
| | Pt has many | QD x 3mo |
| | failed tx. Previous on | |
| | neurontin, but pt | |
| | request D/C due to | |
| | addictiveness. Pt pending | |
| | appt @ UIC after | |
| | corona lock down. | |
| | O. VSS, A/Ox3 | |
| | m/s - normal gait | |
| | Ⓛ leg ∅ deformity | |
| | Ⓛ calf injury | |
| | A. Ⓛ calf injury | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL   Center

Offender Information:

Kupferschmidt   Richard   ID#: M25549
Last Name         First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-4-20 1400 | np note<br>O: Rx renewal | 1. Ultram 100mg po BID x 3mo<br>D/C<br>5.4.20 |
| 6/6/20 10AM | RN note states his (L) calf is still hurting him + he said his (R) knee now hurts. States his meds are not working. will be put on ___ | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__PONTIAC CORRECTIONAL__     Center

Offender Information:

Last Name: Kupferschmidt    First Name: Richard    MI: ___    ID#: M25549

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/12/2020 1230 | SICK CALL np nou O· Dt @ work | 1. R/S npsc [signature] 572201610 |
| 5/14/2020 1248 | SICK CALL No need to see ultram renewed 5-4-20 x 3 m O A uson B [signature] | Jangmann 5-14-20 605P |
| 5/20/20 130pm | Rn note: NSC cancelled per Security/Lt Gutsey Reschedule | p: Reschedule NC [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

___ PONTIAC CORRECTIONAL ____ Center

Offender Information:

Kupferschmitt          Richard          ___   ID#: M25519
Last Name                First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5-29-20 2pm | LPN NOTE: Pt was referred to MD but has not been seen. MD refecal | B. M.   LPN |
| 6/2/20 1300 | SICK CALL np note S: Pt seen to let me know that his pain is radiating up to his ⑤ neck. Pt appt pending COVID. Would like to restart neurontin and Robaxin. A. neck pain | 1. Robaxin 750 mg po BID x 6mo 2. neurontin 300 mg po BID x 3mo - NF done  6.2.20 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** PONTIAC _Center_

**Offender Information:**
Last Name: Kupferschmidt   First Name: Richard   MI: ___   ID#: M25549

**Date:** 6/11/20   **Time:** 1:30   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA   **Food Handler Approved:** YES

**Current / Acute Conditions / Problems:** ___

**Chronic Conditions / Problems:** Bipolar, schizophrenia, anti-social disorder

**Current Medications** (name, dosage, frequency, and duration):
 **Acute Short-term:** Robaxin 750mg BID, Tramadol 100mg BID
 **Chronic Long-term:** Gabapentin 300mg BID
 **Chronic Psychotropic:** Doxepin 75mg HS, Propranolol 10mg BID

**Current Treatments:** ⊘

**Therapeutic Diets:** Regular

**Follow-Up Care:** RHC

**Chronic Clinics:** ⊘

**Specialty Referrals:** UIC ortho

**Significant Medical History:** GSW 2003, Hernia repair 2003, Surgical repair (R) AC artery 2013

**Physical Disabilities / Limitations:** Low Gallery permit

**Assistive Devices / Prosthetics:** ⊘   ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med ☐ Hx MPC / STC   **Substance Abuse:** ☐ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: ___   ☐ Packet Complete

Print Name and Title: Wilson, RN   Signature: Wilson, RN   Date: 6/11/20

**Reception Screening** (completed by receiving facility health care staff):
 **Facility:** ___   **Date:** ___/___/___   **Time:** ___   ☐ a.m. ☐ p.m.
 **Subjective:**   **Assessment:**
  Current Complaint: ___
  Current Medications/Treatment: ___
 **Objective:**   **Plan: Disposition:**
  Physical Appearance/Behavior: ___   ☐ Health Information Given   ☐ Emergency Referral: ___
  ___   ☐ Sick Call: ☐ Urgent / Routine
  ___   ☐ Medication Evaluation ☐ Therapeutic Diet ☐ Special Housing ☐ Chronic Clinics
  Deformities: Acute/Chronic: ___   ☐ Work / Program Limitation ☐ Specialty Referrals ☐ Other (specify): ___
  ___   ☐ Infirmary Placement: ___
  T: ___ P: ___ R: ___ B/P: ___/___   ☐ Other (specify): ___

 Printed Name and Title ___   Signature ___   Date ___

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.
  ☐ a.m. ☐ p.m.
 Offenders Signature ___   Date ___   Time ___

**Distribution:** Offender's Medical Record; Transferring Facility; Receiving Facility   DOC 0090 (Rev.11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL          Center

Offender Information:

Kupferschmidt Richard          ID#: M25549
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/11/20 2:30pm | med furlough note - scheduled for appt next week Steinwart Audiology 1411 S. Bridge Yorkville | R#1A MRS |
| 6/15/20 1:30pm 98.6 151/84 83 99% | MD note S. Nen retun. for R hearing aid - Steinut Audiology. O (sim) x3 M. earm - R hearing mld in place. A. 1 R Hearing loss - aids itinea. | P. 1 Pt. instructed reg use of the aid 2. Nen entry of 5-6 days 3. Nenly home for TV. |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL     Center

Offender Information:

Kupperschmidt     Richard     ID#: M25549
Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/22/20 | LPN Note | |
| Lp | pt on NSC requests to have his meds ↑ per his knee. pt will be put on NPSC | |
| 6/25/20 12:20 | SICK CALL NP note | 1) Renewal lower gallery permit done triamcinolone 0.1% cream 2) ~~Minerinep~~ AAA QD x 3mo 3) Neurontin 500mg po BID x 3mo 4) Check on status of return visit to UIC for ⓁR lower leg tendon rupture ~~Always~~ |
| | S: Ⓛ calf pain Ⓡ Knee pain tendon rupture of Ⓛ lower leg Was approved for MRI at UIC. Also dry crusty skin both sides of nose & between brows. A) 1) Ⓛ lower leg pain 2) Ⓡ Knee pain | |

Kwilliams. R
6·25·20

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL Center

Offender Information:

Kupferschmidt Richard    ID#: M25549
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6-27-20 1420 | URGENT CARE<br>or Pt did not show for UC<br>pass will Reschedul | qn |
| 7/4/2020 230p | URGENT CARE<br>Pt did not show for UC<br>pass, will RIS. | Avinnn, RN |
| 7/8/2020 9Am | URGENT CARE<br>EKG complete | TKellasiko |
| 7/15/20 1245p | LPN Note<br>pt seen in NSC requests<br>to see Dr. Tilden regarding<br>UIC units | Paum |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL     Center

| Offender Information: | | |
|---|---|---|
| Kupferschmidt Richard | | ID#: M25549 |
| Last Name | First Name MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/20/20 1235 wt-288 P-96 R-16 B/p 143/96 + 97.1 | **URGENT CARE** S. Pt c̄ c/o of right ① plantaris tendon here for F/U asking for U/C ORTHO visit - pend Pt. also c/o ® knee discomfort Hx of DJD O ② O < 3 yrs. ago clear chest Cor RRR, e [illegible] Abd - benign, soft B S(+A) Extr - Full ROM ® LE + mild swelling ® knee LLE - no edema, no redness (S)(N)(V)(S) intact A. 1. S/p rupture ② plantaris tendon 2. Hx of minor DJD ® knee | 1. Vistaril 50mg po q day × 2 m 2. U/C ORTHO pending 3. Xray ® knee |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL CENTER

Offender Information:

Kupferschmidt Richard
Last Name            First Name         MI        ID#: M25549

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-23-2020 1:00p | Radiology Note: (R) Knee Ordered | X-ray Complete Marissa Hansen RT(R) |
| 7/30/20 1248 | SICK CALL S: Rx renewed x-ray of (R) knee results reviewed c offender - shows mild osteoarthritis of (R) knee (R) leg pain 2° tendon rupture, UIC ortho pending A 1) (R) lower leg pain 2) (R) knee pain | 1) Tramadol 100 mg po BID x 3 mos. 2) Stop Vistaril (ineffective & makes him too tired) 3) Diclofenac 75mg po BID x 3 months 4) Stop ibuprofen 5) Baclofen 10mg po BID x 1 month Alison Burghart RN 7-30-20 |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL   Center

Offender Information:

Kupferschmidt        Richard        ID#: M25549
Last Name            First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8·6·20 1³⁰A | SA Note – Copied requested MRI & Prog notes 5-1-20 thru 8·28·20 — | Kressianta |
| 8·20·20 1314 | SICK CALL NP note Meds not working Wants to know when he's going out to ortho | 1) UIC ortho w MRI ✓ when sceduled 2) Tramadol 150mg po BID X 3 mos. 3) stop errocat inessective 4) Stop Diclofenac inessective Alex Buccinich Jangman 8·20·20 7PM |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

| Offender Information: | | | |
|---|---|---|---|
| **Transferring Facility:** PCC _____ Center | Kupferschmidt _____ Last Name | Richard _____ First Name | MI ___ ID#: M2559 |

Date: 8-28-20   Time: 1515   ☐ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|

Allergies: NKDA                      Food Handler Approved: yes

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: Bipolar, schizophrenia anti-social disorder

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: (1) lower ext. tendon rupture, (2) knee osteoarthritis

Chronic Long-term: neurontin 800mg poBID

Chronic Psychotropic: Tramadol 150mgBID ; Doxepin 100mg poQHS, Clonidine 0.1mg BID

Current Treatments: ∅

Therapeutic Diets: Regular

Follow-Up Care: RHC

Chronic Clinics: _____

Specialty Referrals: UIC ortho

Significant Medical History: GSW 2003, Hernia repair 2003, surgical repair R brachial artery

Physical Disabilities / Limitations: low gallery

Assistive Devices / Prosthetics: ∅          ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues:  ☐ Hx Suicide Attempt: Date: _____   ☑ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol ☐ Drugs

| R & C Use Only:  ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☑ MEDS   ☐ MH   ☐ Other: | ☑ Packet Complete |
|---|---|

Alison Burchardt NP _____ Health Care Staff and Title        Alison Burchardt NP _____ Signature        8-28-20 _____ Date

| Reception Screening (completed by receiving facility health care staff): | |
|---|---|
| Facility: _____ | Date: _____  Time: _____  ☐ a.m. ☐ p.m. |
| **Subjective:** | **Assessment:** |
| Current Complaint: _____ | |
| Current Medications/Treatment: _____ | |
| **Objective:** | **Plan: Disposition:** |
| Physical Appearance/Behavior: _____ | ☐ Health Information Given   ☐ Emergency Referral: _____ |
| | ☐ Sick Call:  Urgent / Routine |
| | ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics |
| Deformities: Acute/Chronic: _____ | ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____ |
| | ☐ Infirmary Placement: _____ |
| T: ____  P: ____  R: ____  B/P: ___ / ___ | ☐ Other (specify): _____ |

Printed Name and Title _____        Signature _____        Date _____

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title _____   Date _____   ☐ Approved   ☐ Denied

Health Care Staff Signature and Title _____   Date _____   ☐ Approved   ☐ Denied

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL CENTER

Offender Information:

Kupferschmidt   Richard   ID#: M25549
Last Name        First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/31/20 11:33 AM | med furlough note – scheduled for appt next week UIC Ortho 1801 w. Taylor Chicago | RHIA MRD |
| 09/16/20 1:20P | OPTOMETRY NOTE SEE IDOC 0081 | |
| 9-17-20 1230 | NP S.C. Not seen D/T medical quarantine Requests Rx renewal | 1) gabapentin 600mg po BID x 6 mos 2) R/S NP SC |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>PONTIAC CORRECTIONAL</u>   Center

Offender Information:

<u>Kupferschmidt</u>   <u>Richard</u>   ___ ID#: M25549
   Last Name          First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/8/2020 1200 | **SICK CALL** NP note O. Rx renewal | 1. Neurontin 400mg po BID x 6 mo NF done Johnson, RN 10-8-20 |
| 10-8-20 1315 | NP sick call S: Requesting when he will be going out writ to UIC for MRI + ortho appt. Medications renewed | 1) will check on status of UIC writ Alison Buchanan NP Johnson 10-8-20 |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONALCENTER

Offender Information:

Last Name: Kupfersschmidt   First Name: Richard   MI:   ID#: M 25549

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-13-20 1285 | NP note Gabapentin was ordered on 9/16/20 600mg po BID not 400mg po BID | 1) Gabapentin 600 mg po BID x 6 mo A Kupfersschmidt NP noted as noted 10/13/20 |
| 10/19/20 3:30pm | Med rec noti. copied MH notes from Dec 2011, Jan Feb 12, March, april, May 2013, april, 2019, May June 2020 34 pages. | J.S Med rec SA |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL   Center

Offender Information:

Kupferschmidt    Richard          ID#: M 25549
Last Name          First Name       MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | SICK CALL | |
| 10/27/20 | | |
| 1200 | np note | 1. Ted hose XL $\bar{s}$ |
| | S. pt c/o Ⓛ LE | permit x1yr |
| | edema, pain. | CTC |
| | Pt has UIC appt | |
| | pending. Hx trauma | |
| | to leg. | |
| | O. A10x3, NAD | |
| | M/S - mild limp, | |
| | lt edema to Ⓛ calf | |
| | Ⓢ bruising or edema | |
| | A. Ⓛ LE edema | |
| 11/02/20 | Psych | CPN |
| | See DOC0502 | P/u 4wks |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL CENTER

Offender Information:

Kupferschmidt          Richard          ID#: M25549
    Last Name                First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11.9.20 1300 | No note O. Rx Renewal | 1. triamcinolone CR 1% AAA BID x 3mo  CH  Rwilliams, R 11.9.20 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL _____ Center

| Offender Information: | | | |
|---|---|---|---|
| | | | ID#: _____ |
| _____ Last Name | _____ First Name | _____ MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

PONTIAC CORRECTIONAL CENTER

Offender Information:

Kupferschmidt                    Richard                    ___  ID#: M25549
Last Name                        First Name                  MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-12-20 10Am | CMT Note: Offender still on hunger strike, vital signs taken B/p 138/84 P 72 R16 T 97⁵ O2 sat 98% Offender A&O ×3, has concerns c property and isolation status. Offender reports being on a "fluid strike." | Continue to monitor per hunger strike protocol  RKupfDmit |

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL _____ Center

Offender Information:

_____  _____  _____  ID#: _____
Last Name                First Name         MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

## PONTIAC CORRECTIONAL CENTER

**Offender Information:**

Kupferschmidt Recnard        ID#: M25549
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11.13.20 | RN note | |
| 10:55am | Per Lt Zimmerman, pt | |
| | ended hunger strike | |
| | pt consumed 11.13.20 meal | |
| | tray. | J. Guerin RN |
| 11.17.20 | RN Note: | |
| 11:00am | S: Clothing, O: leg, O: staff only, 11.17.20 | P. Per VO Hanson APN |
| | pt ® knee. Requests | Robaxin 750mg PO |
| | Robaxin rx. Reports med | BID ×3 mos. KOP |
| | previously alleviated sx | |
| | satisfactorily. | |
| | O: Chart reviewed c APN. | |
| | Clonus request discussed. | |
| | VO received. | |
| | A: alteration in comfort J. Guerin | |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL Center

**Offender Information:**

Last Name: Kupferschmidt   First Name: Richard   MI: ___   ID#: M25549

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/23/20 | MEDICAL DIRECTOR | error |
| 11/24/20 10⁰⁵AM | Psych<br>see DOC 0502 | CPM<br>flu 4w/os injection<br>Jangmaria<br>11-24-20 |
| 11.30.20 9²⁹ | MD note<br>S. Rx renewal<br>O. defer<br>A 1. H/o of plantar tendon rupture. | P. 1. Ultram 150 mg<br>po B,I,D × 6w.<br>Jangmaria<br>11-30-20<br>635P |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>PONTIAC CORRECTIONAL CENTER</u>

Offender Information:

Kupferschmidt    Richard    ID#: M25549
Last Name        First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| ☆ 12P 12/7/00 | hp note is still having Calf/hip Issues from Prior Injury. will be put on for PaSC | |
| 12·10·20 1300 | hp note S/O· Pt seen for permit renewal. also req ↑ pain meds for leg pain. Pain on 600 neurontin 150mg tramadol. Pt pending MRI. Discussed c̄ Tilden. ∅ ↑ at this time A. permit renewal | 1. permit x 1 yr BB, LG Jamesmark R·10·20 630P |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### PONTIAC CORRECTIONAL    Center

Offender Information:

Kupferschmidt Richard     ID#: M25549
Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 12/16/20 11³⁰ am | Psych (post Cw) See Doc 0582 | →CPM Jelelw NP Kwilliams, ₽ 12·16·20 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT
### Pontiac Correctional Center

PRINT Offender's Name: Kupferschmidt, R   ID Number: M25549   Living Unit / Cell Number: MSU B311

☒ **New Order**   ☐ **Renewal**   ☐ **Change**   ☐ **Cancel**

| Type of Permit | |
|---|---|
| Date: 11/26/18 | Expiration Date: 11/30/18 |
| Duration: 5 days | |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Mouth Guard / Cup |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☒ Medical Lay In – WITH Meals | ☐ Heel Cup Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Knee Sleeve/Brace Size: |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Neck Collar Size: |
| ☐ Wheelchair Bound | ☐ Back Brace Size: |
| ☐ Handicapped - | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☐ Security Belt (Alt. Cuff) ☐ (Approved) |
| ☐ Medically Unassigned – Exercise encouraged | Other: |

MD Note:

Injury on yard to (L) leg

Authorized By: Dr. ATI Hunt MD   Date: 11/25/18

Inputed by: KK 11/28   Copy to Order: _____

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender:   You are responsible for maintaining this copy, any
altering of this form will result in a disciplinary report
and immediate termination of permit.
*Printed on Recycled Paper*

PON 0422 (Eff. 11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Injury Report

Offender Name: _Kupferschmidt, Richard_   ID#: _M25549_

Age: _34_   Date of Birth: _4/20/84_   Sex: _M_   Race: _White_

Date of Injury: _11/25/18_   Time of Injury: _appox 11:00_ ☑am ☐pm   Location: _MSU yard_

How did the injury occur?

_"I'm changed his story 3xs about how he was injured
stated "he was" playing foot ball on the yard
& something in the back of (L) calf popped"_

Was it witnessed by staff? ☑ No ☐ Yes (If yes, please list names)

_per MSU Lt_

**Location in facility:**

☑ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☐ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☐ Other _____

**Type of Injury:**

☑ Sports

☐ Assault

☐ Job Related

☐ Non-job Related

☐ Self-inflicted

☐ Fight

_Murek_
Signature

_RN_
Title

_11/25/18_
Date

**(Medical Report on Reverse Side)**

Side 1

Distribution:   Offender Medical File

_Printed on Recycled Paper_

DOC 0313 (Eff. 07/2008)
(Replaces DCA7111-1A)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

PONTIAC CORRECTIONAL _____ Center

☐ Employee/

☐ Offender

Patient information:

Kupperschmit Richard          M25549

Last Name          First Name          MI          ID#: _____

Date: 12 / 14 / 18

Time: 2345   ☐ a.m. ☑ p.m.

---

☑ **Refusal of Services**

I refuse to authorize the performance upon myself or Kupperschmit Richard m25549

Name of Patient

of the following treatment  Vitals 11-7

State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____

Name of Patient

from _____, against the advise of Dr. _____

Name of Medical Facility          Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable

Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and

Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

|  |  |
|---|---|
|  | When patient is a Minor or Incompetent to give consent: |
| _____ | _____ |
| Print Name of Patient | Print Name of Person Authorized to Consent |
| _____ | _____ |
| Signature of Patient | Signature of Person Authorized to Consent |
| Jo Ann Barrera | Jo Ann Barrera  12/14/18 |
| Date | Date |
| D Evans 12/7/ | 12  14  18 |
| Print Name of Witness | Signature of Witness          Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
# MEDICAL PERMIT
Pontiac Correctional Center

RICHARD KUPFERSCHMIDT
PRINT Offender's Name

M 25549
ID Number

B 311
Living Unit / Cell Number

☒ New Order ☐ Renewal ☐ Change ☐ Cancel

| Type of Permit | |
|---|---|
| Date: 12.20.18 | Expiration Date: 1.20.2019 |
| Duration: 1 month | |
| ☐ Low Bunk | ☒ Cane Crutches x 1m. |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Mouth Guard / Cup |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Heel Cup Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Knee Sleeve/Brace Size: |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Neck Collar Size: |
| ☐ Wheelchair Bound | ☐ Back Brace Size: |
| ☐ Handicapped - | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☐ Security Belt (Alt. Cuff) ☐ (Approved) |
| ☐ Medically Unassigned – Exercise encouraged | Other: |
| MD Note: | |

Authorized By: ANDREW TILDEN, M.D. ,MD    Date: 12.20.18

Inputed by: 12-2-14 KK    Copy to Order: _____

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: You are responsible for maintaining this copy, any
altering of this form will result in a disciplinary report
and immediate termination of permit.
*Printed on Recycled Paper*

PON 0422 (Eff. 11/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

_____ Center

☐ **Employee/**

☐ **Offender**

Date: _1_ , _16_ , _19_

Time: _11:30_ ☐ a.m. ☐ p.m.

**Patient Information:**

Kipterschmidt          Richard          ID#: M2555/9
Last Name              First Name      MI

☐ **Refusal of Services**

I refuse to authorize the performance upon myself of *I Been hare FoR 6 hures*
*And hae not Been Seen (X-Ray)*
Name of Patient

of the following treatment *Call Me BACK when yw got yur shit Right*
State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or_____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Richard Kipterschmidt
Print Name of Patient

_signature_
Signature of Patient

_____/_____
Date

When patient is a Minor or Incompetent to give consent:

_____
Print Name of Person Authorized to Consent

_____
Signature of Person Authorized to Consent

_____/_____
Date

_____          _____          _____/_____
Print Name of Witness                Signature of Witness              Date

Distribution: Patient's Medical Record or File          *Printed on Recycled Paper*          DOC 0083 (Rev. 2/2004)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV / AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _Pontiac C.C_ to release the following in formation: (State

specific medical health information to be disclosed including date(s) or date range)   Facility

_I WANT All RECORDS FROM Nov 10 2008 THREW Jan, 30, 2019_
_Also The Report FROM St Jmcs         ON THE ULTRASOUND_
_They took FROM Hospital Down The street_

☑ At Request of Offender and/or: _____

from the records of _M25549_ _RichARD Kupferschmidt_
                        ID#                    Print Offender's Name

Purpose of disclosure _____

to: ☑ Self  ☐ Authorized Attorney  ☐ Health Care Facility  ☐ Other: _____

Name: _Richard Kupferschmidt      M25549_
                        Print Name

Address: _PO Box 99_
        Street Address

_Pontiac_        _IL_    _61764_
     City          State      Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

Expiration: This authorization will expire (complete one):        _29 pages 1|24|19_
                                                          JAN 24 REC'D
☐    45 days from date of signature

☐    Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

Signature:

_____

Signature of Offender or Person Authorized to Consent        Relationship        Date

Give Offender a copy if DOC made the request for release.

Distribution:  Offender's Medical File

Printed on Recycled Paper        DOC 0241 (Rev. 01/2005)

**JB Pritzker**
**Governor**

**John Baldwin**
**Acting Director**



**CONFIDENTIAL**

## The Illinois Department of Corrections



Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: 1 24, 2019

TO: OFFENDER: Kuperschmidt NUMBER: M25549 CELL: B307
Richard

FROM: MEDICAL RECORDS

SUBJECT: RECEIPT OF REQUESTED MEDICAL / MENTAL HEALTH RECORDS

I HAVE RECEIVED COPIES OF MY REQUESTED MEDICAL / MENTAL HEALTH RECORDS.

_____  M25549  1-25-19
OFFENDERS SIGNATURE      IDOC #    DATE

_____  1/25/19
NURSING STAFF DELIVERING COPIES   DATE

COST BREAKDOWN:  29  Pages enclosed

_____ Pages X $0.15 = $_____.
OR
29 of 50 free copies in 2019.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

PONTIAC CORRECTIONAL _____ Center

☐ **Employee/**

☑ **Offender**

Date: 3 , 7 , 19
Time: 0941 ☑ a.m. ☐ p.m.

**Patient Information:**

Kupferschmidt _____ ID#: M25741
Last Name                First Name        MI

---

☑ **Refusal of Services**

I refuse to authorize the performance upon (myself or) _____
Name of Patient

of the following treatment _____ ultram _____
State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                    Name of Doctor

---

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

| | |
|---|---|
| Print Name of Patient | When patient is a Minor or Incompetent to give consent: |
| _Signature of Patient_ | Print Name of Person Authorized to Consent |
| | Signature of Person Authorized to Consent |
| Date | Date |

_B. Burns_
Print Name of Witness

_____ 3 , 7 , 19
Signature of Witness        Date

Distribution: Patient's Medical Record or File      Printed on Recycled Paper      DOC 0083 (Rev. 2/2004)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV / AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize: _Pontiac CC health Care_____ to release the following information: (State

specific medical health information to be disclosed including date(s) or date range)    Facility

_I wAnt A Copy of my MedicAl Records From 1-23-19 THRow_
_4-1-19. All Sick colls And DR VISits At heAlth CARE And MSU_
_And All Copies From UIC Visit That WAS on 3-22-19_
_whAt The DR From UIC ORDER. ThAnk you._

At Request of Offender and/or: _____

from the records of _M25549_____ _Richard Kupferschmidt_
                          ID#            Print Offender's Name
                                         Purpose of disclosure

to ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _____
                          Print Name

Address: _____
                          Street Address

_____
   City                   State              Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

Expiration: This authorization will expire (complete one):

☐   45 days from date of signature

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization): _____

_lopgs_
_4-9-19_      APR 0 9 REC'D

Signature: _Richard Kupferschmidt_
_____
Signature of Offender or Person Authorized to Consent       Relationship              Date

Give Offender a copy if DOC made the request for release.

Distribution:  Offender's Medical File

Printed on Recycled Paper

DOC 0241 (Rev. 01/2005)

JB Pritzker
Governor



John Baldwin
Acting Director

**CONFIDENTIAL**

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 4  9, 2019

TO:     OFFENDER: _Kupferschmidt_ NUMBER: M25549 CELL: B307

FROM:   MEDICAL RECORDS

SUBJECT: RECEIPT OF REQUESTED MEDICAL / MENTAL HEALTH RECORDS

I HAVE RECEIVED COPIES OF MY REQUESTED MEDICAL / MENTAL HEALTH RECORDS.

_____ , M25519 , 4-10-19
OFFENDERS SIGNATURE        IDOC #        DATE

_____ / _____
NURSING STAFF DELIVERING COPIES        DATE

COST BREAKDOWN:        6    Pages enclosed

1-24-19 29 pgs
        +
4-9-19  6 pgs

_____ Pages X $0.15 = $ _____
            OR
    = 35 of 50 free copies in 2019.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in*
*offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Services Refusal**

_____ PONTIAC CORRECTIONAL _____ Center

☐ Employee/

☒ Offender

| Patient Information: |
|---|
| Knopfershmudt    Richd    ID#: M21541 |
| Last Name        First Name    MI |

Date: 4 / 25 / 15    ☐ a.m.

Time: 11W    ☐ p.m.

☒ **Refusal of Services**

I refuse to authorize the performance upon myself or _____
                                                            Name of Patient

of the following treatment  Usual Dental exam
                            State nature and extent of treatment.

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
                                              Name of Patient

from _____ against the advise of Dr. _____
      Name of Medical Facility                                Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
      Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
                                                  Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

When patient is a Minor or Incompetent to give consent:

_____          _____
Print Name of Patient                Print Name of Person Authorized to Consent

_____          _____
Signature of Patient                 Signature of Person Authorized to Consent

4 / 25 / 15          _____ / _____ / _____
Date                                 Date

R. Boggan          _____          4 / 25 / 15
Print Name of Witness    Signature of Witness                Date

Distribution: Patient's Medical Record or File    Printed on Recycled Paper    DOC 0083 (Rev. 2/2004)

*Auperschmidt*
*M35549*

 **Wexford Health**
SOURCES INCORPORATED

*Receipt for Accountable Items*
MEDICAL POLICIES AND PROCEDURES

# Receipt for Accountable Items

**I hereby acknowledge receipt of this item(s):  (Circle one)**

| | |
|---|---|
| _____ Glasses | _____ Crutches |
| _____ Orthotics/special shoes | _____ Cotton blanket |
| _____ Hearing aid | _____ Cane |
| _____ Wheelchair | _____ Brace (specify) _____ |
| _____ Ace bandage | _____ Athletic support |
| _____ Elastic stockings | _____ Splint (specify) _____ |
| | _____ Other (specify) *Boot* |

**Check which statement applies:**

___X___  I agree to take care of this item (s) *Medical* _____
I understand that in the event of loss, misuse or abuse, I will not be issued another within a one-year period.  If I am transferred or released from this facility, I will be allowed to take this item with me.

___X___  I understand that I am temporarily being issued this item (specify_____) so that my medical treatment can continue.  I agree to take care of this.  I am being issued this item from _4_/_11_/_19_ to _4_/_11_/_21_.  I understand that I must return this to the medical department upon request or end of treatment.

_____  I understand that I am being issued this item while I am incarcerated at this facility.  I agree to take care of this item.  Upon transfer or release, I will return _____ to the medical department.

_____        *5-7-19.*
**Inmate's Signature**                    **DATE**

_____
**Inmate's DC #**

_____        _____
**Witness Signature and Stamp**           **DATE**

Approved by the Medical Advisory Committee 09/06; 11/07; 10/08; 10/09; 12/10; 10/21/11

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT
## Pontiac Correctional Center

Kupferschmidt Richard M25549

PRINT Offender's Name _____ ID Number _____ Living Unit / Cell Number

☒ **New Order**   ☐ **Renewal**   ☐ **Change**   ☐ **Cancel**

**Type of Permit**

Date: 4.24.19

Expiration Date: 10.24.2019

Duration: 6 months

| | | | |
|---|---|---|---|
| ☐ Low Bunk | | ☐ Cane | |
| ☐ Low Gallery | | ☐ C-Pap Machine | |
| ☐ Slow Walk Pass | | ☐ Ambulate – See permit | |
| ☐ Special Housing – Single Cell | | ☐ Hearing Aid | |
| ☐ Medical Lay In – WITH Meals | | ☐ Shoes/Inserts Size: | |
| ☐ Medical Lay In – WITHOUT Meals | | ☐ Elastic Sleeve/Brace | |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | | ☐ Ice – See permit | |
| ☐ Wheelchair Bound | | ☐ Shower – See permit | |
| ☐ Handicapped – ADA - Reason | | ☐ TED Hose | |
| ☐ Medically Unassigned – No Yard | | ☐ Security Belt (Alt. Cuff) ☐ (Approved) | |
| ☐ Medically Unassigned – Exercise encouraged | | Miscellaneous: CAM (ORTHO) boot immobilizer | |
| ☐ Exercise – See permit | | Miscellaneous: size # 13. | |

MD Note: Rupture of the plantar tendon

Authorized By: _____ ANDREW TILDEN, M ,MD   Date: 4.24.19

Input by: 5.10.x   Copy to Order: _____

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender:  You are responsible for maintaining this copy, any
altering of this form will result in a disciplinary report
and immediate termination of permit.

PON 0422 (Eff. 07/2018)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _Wexford Pontiac Healthcare_ to release the following information: (State specific medical health information to be disclosed including date(s) or date range) _Facility_

_I need copies of my medical records from:_
_3-30-19 to 6-6-19_
_All Health care visits & sick calls._

☐ At Request of Offender and/or: _____
_Purpose of disclosure_

From the records of _M25549_ _Richard Kupferschmidt_
_ID#_   _Print Offender's Name_

to: ☑ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _____
_Print Name_

Address: _____
_Street Address_

_____
_City_          _State_          _Zip Code_

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐   45 days from date of signature

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

**Signature:**

_Richard Kupferschmidt_
_Signature of Offender or Person Authorized to Consent_          _Relationship_          _6/10/19 7 PS_ _Date_

Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File

_Printed on Recycled Paper_          DOC 0241 (Rev. 01/2005)

Governor



John Baldwin
Acting Director

CONFIDENTIAL



## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 · Pontiac, IL 61764 · (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 6/10 , 2019

TO: OFFENDER: Kupferschmidt Richord NUMBER: M25549 CELL: B-307

FROM: MEDICAL RECORDS

SUBJECT: RECEIPT OF REQUESTED MEDICAL / MENTAL HEALTH RECORDS

I HAVE RECEIVED COPIES OF MY REQUESTED MEDICAL / MENTAL HEALTH RECORDS.

_____ OFFENDERS SIGNATURE / M25549 IDOC# / 6/12/19 DATE

_____ NURSING STAFF DELIVERING COPIES / 6/12/19 DATE

COST BREAKDOWN:        7     Pages enclosed

_____ Pages X $0.15 = $._____
OR
_____ of 50 free copies in 2019.

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT
## Pontiac Correctional Center

Kupferschmidt, Richard   M25549   B307

PRINT Offender's Name          ID Number          Living Unit / Cell Number

☑ **New Order**    ☐ **Renewal**    ☐ **Change**    ☐ **Cancel**

| Type of Permit | |
|---|---|
| Date: 8·20·19  Duration: 1yr | Expiration Date: 8·20·20 |
| ☐ **Low Bunk** | ☐ **Cane** |
| ☐ **Low Gallery** | ☐ **C-Pap Machine** |
| ☐ **Slow Walk Pass** | ☐ **Ambulate – See permit** |
| ☐ **Special Housing – Single Cell** | ☐ **Hearing Aid** |
| ☐ **Medical Lay In – WITH Meals** | ☐ **Shoes/Inserts Size:** |
| ☐ **Medical Lay In – WITHOUT Meals** | ☑ **Elastic Sleeve/Brace** ✗1 |
| ☐ **Wheelchair for Travel (HCU, Visits, Writs)** | ☐ **Ice – See permit** |
| ☐ **Wheelchair Bound** | ☐ **Shower – See permit** |
| ☐ **Handicapped – ADA - Reason** | ☐ **TED Hose** |
| ☐ **Medically Unassigned – No Yard** | ☐ **Security Belt (Alt. Cuff)** ☐ **(Approved)** |
| ☐ **Medically Unassigned – Exercise encouraged** | **Miscellaneous:** |
| ☐ **Exercise – See permit** | **Miscellaneous:** |

MD Note:

Authorized By: _____ ,MD     Date: 8·20·19

Input by: ℮_____   Copy to Order: _____

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender:   **You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.**

PON 0422 (Eff. 07/2018)

*Printed on Recycled Paper*



**Wexford Health**
SOURCES INCORPORATED

# Receipt for Accountable Items

**I hereby acknowledge receipt of this item(s):  (Circle one)**

| | | | |
|---|---|---|---|
| _____ | Glasses | _____ | Crutches |
| _____ | Orthotics/special shoes | _____ | Cotton blanket |
| _____ | Hearing aid | _____ | Cane |
| _____ | Wheelchair | __X__ | Brace (specify) *Knee* |
| _____ | Ace bandage | _____ | Athletic support |
| _____ | Elastic stockings | _____ | Splint (specify) |
| | | _____ | Other (specify) |

**Check which statement applies:**

__X__  I agree to take care of this item (s) *Knee brace x 1*
I understand that in the event of loss, misuse or abuse, I will not be issued another within a one-year period.  If I am transferred or released from this facility, I will be allowed to take this item with me.

_____  I understand that I am temporarily being issued this item (specify_____) so that my medical treatment can continue.  I agree to take care of this.  I am being issued this item from ____/____/____ to ____/____/____.  I understand that I must return this to the medical department upon request or end of treatment.

_____  I understand that I am being issued this item while I am incarcerated at this facility.  I agree to take care of this item.  Upon transfer or release, I will return _____ to the medical department.

_____   8/20/19
**Inmate's Signature**                          **DATE**

M25549
**Inmate's DC #**

CHausen                                   8-20-19
**Witness Signature and Stamp**              **DATE**

Approved by the Medical Advisory Committee 09/06; 11/07; 10/08; 10/09; 12/10; 10/21/11

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT
## Pontiac Correctional Center

_hpferschmidt_                     _m25549_          _W 307_
PRINT Offender's Name              ID Number         Living Unit / Cell Number

☑ **New Order**     ☐ **Renewal**     ☐ **Change**     ☐ **Cancel**

| Type of Permit | |
|---|---|
| Date: 10/19/19 <br> Duration: 30 days. | Expiration Date: to 11/19/19. |
| ☐ Low Bunk | ☐ Cane |
| ☐ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☑ Security Belt (Alt. Cuff) Double Cuff. <br> ☐ (Approved) |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |
| MD Note: | |

Authorized By: _____ ,MD    Date: 10/19/19.

Input by: _____@_____    Copy to Order: _____

PON 0422 (Eff. 07/2018)

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender:  You are responsible for maintaining this copy, any
           altering of this form will result in a disciplinary report
           and immediate termination of permit.
                        _Printed on Recycled Paper_

ILLINOIS DEPARTMENT OF CORRECTIONS

## Medical Services Refusal

PONTIAC CORRECTIONAL Center

☐ Employee/

☐ Offender

Date: 11 / 10 / 19

Time: 10 AM ☐ a.m. ☐ p.m.

Patient Information:

Kupferschmidt — Last Name

Richard — First Name

MI

ID#: M25549

☑ **Refusal of Services**

I refuse to authorize the performance upon myself or Kupferschmidt, Richard M25549
Name of Patient

of the following treatment _____
State nature and extent of treatment

☐ **Discharge Demand**

I further demand DISCHARGE of myself or _____
Name of Patient

from _____ against the advise of Dr. _____
Name of Medical Facility                                              Name of Doctor

Dr. _____ has explained the risks to me, possible complications and probable
Name of Doctor

consequences of refusing treatment or demanding discharge from this medical facility or both.

I hereby release the Attending Physician, the _____, the Facility, and
Name of Medical Facility

the Department of Corrections from all liability for damages or any injuries including to my health caused by or arising out of this

refusal whether foreseen or unforeseen.

I certify that I have read and fully understand the above REFUSAL OF TREATMENT OR DISCHARGE DEMAND FROM MEDICAL

FACILITIES RELEASE OR BOTH, that the explanations therein referred to were made, and that all blanks or statements requiring

insertion or completion were filled in and inapplicable paragraphs, if any, were stricken before I signed.

Kupferschmidt, Richard M25549
Print Name of Patient

Refused to sign
Signature of Patient

11 / 10 , 2019
Date

C/o O'Neall 7196
Print Name of Witness

When patient is a Minor or Incompetent to give consent:

White
Print Name of Person Authorized to Consent

White
Signature of Person Authorized to Consent

11 / 10 , 2019
Date

_(signature)_
Signature of Witness

11 / 10 , 19
Date

Distribution: Patient's Medical Record or File

_Printed on Recycled Paper_

DOC 0083 (Rev. 2/2004)

ILLINOIS DEPARTMENT OF CORRECTIONS

# MEDICAL PERMIT
## Pontiac Correctional Center

Kupferschmidt, Richard    M25549    SPL 905

PRINT Offender's Name     ID Number     Living Unit / Cell Number

☒ **New Order**     ☐ **Renewal**     ☐ **Change**     ☐ **Cancel**

| Type of Permit | |
|---|---|
| Date: 12-24-19  Duration: X 6 months | Expiration Date: 6-24-20 |
| ☐ Low Bunk | ☐ Cane |
| ☒ Low Gallery | ☐ C-Pap Machine |
| ☐ Slow Walk Pass | ☐ Ambulate – See permit |
| ☐ Special Housing – Single Cell | ☐ Hearing Aid |
| ☐ Medical Lay In – WITH Meals | ☐ Shoes/Inserts Size: |
| ☐ Medical Lay In – WITHOUT Meals | ☐ Elastic Sleeve/Brace |
| ☐ Wheelchair for Travel (HCU, Visits, Writs) | ☐ Ice – See permit |
| ☐ Wheelchair Bound | ☐ Shower – See permit |
| ☐ Handicapped – ADA - Reason | ☐ TED Hose |
| ☐ Medically Unassigned – No Yard | ☐ Security Belt (Alt. Cuff)  ☐ (Approved) |
| ☐ Medically Unassigned – Exercise encouraged | Miscellaneous: |
| ☐ Exercise – See permit | Miscellaneous: |
| MD Note: | |

Authorized By: _C.U. Banter MD_ ,MD     Date: 12/24/19

Input by: _____     Copy to Order: _____

Distribution:
Original-Medical Records
Supply Personnel (If equipment is needed)
Lt. of Cellhouse
Offender: **You are responsible for maintaining this copy, any altering of this form will result in a disciplinary report and immediate termination of permit.**

*Printed on Recycled Paper*

Offender Name: Kupferschmidt, Richard   ID#: M85549

Date of medical examination: 11/25/18   Time: 1130   ☒ am ☐ pm   Physician Contacted: ☒ Yes ☐ No

S (Subjective Findings): I'm c/o 'injury to L calf on yard while playing football. 8/10 pain

O (Objective Findings): I'm joking c c/o's in holding tank. A&O x 3, NAD, I'm stated it felt like a

Vitals: T 97.6  P 76  R 16  BP 122/86  Tetanus unknown

GSW to the back of his L calf. From of foot & knee when sitting on bed. I'm began stating he calf stand then stood up and walked from chair to gurney in ACU

A (Evaluation of Injury): no deformity noted, able FROM

P (Treatment and Follow-up): TO&B Dr Tilden meds as prescribed, NPSC @ MSU 11/27/18 for f/u/eval, lay-in c meals x SD, CPM f/u PRN

Disposition of patient:   per security

☐ Return to assignment   ☒ Housing Unit   ☐ Lay in   ☐ Infirmary   ☐ Segregation
☐ Off-site referral for treatment (Destination) _____

_M Lthin_
Print Name of Person Completing Form

_Signature_

_PN_
Title

_11/25/18_
Date

---

**To Be Completed  By Physician**

I have reviewed this report and would like to see this offender: ☐ Immediately ☒ Next Sick Call ☐ PRN   NPSC 11/27/18

_Tilden_
Print Physician Name

S. Mara APRN
Physician's Signature

8 Mara APRN
Size 2

11/27/18
Date

Distribution:   Offender Medical File

Printed on Recycled Paper

DOC 0313 (Eff. 07/2006)
(Replaces DCA7111-1A1)